1   MICHAEL S. LAWSON (SBN 48172)
    City Attorney
2   RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
3   CITY OF HAYWARD
    777 B Street, 4th Floor
4   Hayward, California 94541
    Tel: (510) 583-4450
5   Fax: (510) 583-3660

6   Attorneys for Defendants City of Hayward,
    Lloyd Lowe, Michael Creighton, Mayse Taylor,
7   and Michael Goodness

8   JOHN L. BURRIS (SBN 69888)
    Law Offices of John L. Burris
9   7677 Oakport Street, Suite 1120
    Oakland, CA 94621
10  Tel: (510) 839-5200
    Fax: (510) 839-3882

11
    Attorney for Plaintiffs Robert McIntosh and
12  Marci Silver

13  GAYLA B. LIBET (SBN 109173)
    LAW OFFICES OF GAYLA B. LIBET
14  486 41st Street, Suite 3
    Oakland, California 94609
15  Tel: (510) 420-0324
    Fax: (510) 420-0324
16  Attorney for Plaintiffs Robert McIntosh and
    Marci Silver

17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20

    ROBERT McINTOSH and MARCI SILVER,        Case No.      C-08 05555 (JL)
21
                   Plaintiffs,               STIPULATION TO EXTEND
22                                           DEADLINE TO COMPLETE
    v.                                       MEDIATION; (PROPOSED) ORDER
23
    CITY OF HAYWARD, et al.,
24
                   Defendants.
25  _____/

26                          **STIPULATION**

27       Based on calendar conflicts identified by plaintiffs' counsel during the parties recent

---

McInstosh, et al. v. City of Hayward, et al.          Stipulation to Extend Deadline to Complete Mediation
Case No. C-08-05555 (JL)                    1

conference call with the mediator assigned to this matter,  the parties stipulate that the mediation may be completed on or before August 31, 2009, and that in the interests of judicial economy that further case management conference for this matter be postponed until on or after September 16, 2009.

DATED:   June 8, 2009                    LAW OFFICES OF GAYLA B. LIBET

                                         By:     /s/
                                                 _____
                                                 GAYLA B. LIBET
                                                 Attorney for Plaintiffs

DATED:   June 8, 2009                    MICHAEL S. LAWSON, City Attorney

                                         By:     /s/
                                                 _____
                                                 RANDOLPH S. HOM,
                                                 Assistant City Attorney
                                                 Attorneys for Defendants

<u>**ORDER**</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Case Management Conference is hereby continued to September 30, 2009 at 10:30 a.m.

Dated: July 9, 2009
_____ MAGISTRATE JUDGE JAMES LARSON.