```
1   MICHAEL S. LAWSON (SBN 48172)
    City Attorney
2   RANDOLPH S. HOM (SBN 152833)
    Assistant City Attorney
3   CITY OF HAYWARD
    777 B Street, 4th Floor
4   Hayward, California 94541
    Tel: (510) 583-4450
5   Fax: (510) 583-3660

6   Attorneys for Defendants City of Hayward,
    Lloyd Lowe, Michael Creighton, Mayse Taylor,
7   and Michael Goodness

8   JOHN L. BURRIS (SBN 69888)
    Law Offices of John L. Burris
9   7677 Oakport Street, Suite 1120
    Oakland, CA 94621
10  Tel: (510) 839-5200
    Fax: (510) 839-3882
11
    Attorney for Plaintiffs Robert McIntosh and
12  Marci Silver

13  GAYLA B. LIBET (SBN 109173)
    LAW OFFICES OF GAYLA B. LIBET
14  486 41st Street, Suite 3
    Oakland, California 94609
15  Tel: (510) 420-0324
    Fax: (510) 420-0324
16  Attorney for Plaintiffs Robert McIntosh and
    Marci Silver
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McINTOSH and MARCI SILVER, | Case No. C-08 05555 (JL) |
| Plaintiffs, | STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION; (PROPOSED) ORDER |
| v. | |
| CITY OF HAYWARD, et al., | |
| Defendants. | |

**STIPULATION**

Due to the unavailability of the mediator, the mediation set for August 18, 2009 did not

---

McInstosh, et al. v. City of Hayward, et al.                    Stipulation to Extend Deadline to Complete Mediation
Case No. C-08-05555 (JL)                           1

go forward. The mediation was reset for October 7, 2009.  Accordingly, the parties stipulate that the mediation may be completed on or before October 30, 2009, and that in the interests of judicial economy that further case management conference for this matter be postponed until on or after November 1, 2009.

DATED:   August 21, 2009                    LAW OFFICES OF GAYLA B. LIBET


                                            By:   /s/_____
                                                  GAYLA B. LIBET
                                                  Attorney for Plaintiffs


DATED:   August 21, 2009                    MICHAEL S. LAWSON, City Attorney


                                            By:   /s/_____
                                                  RANDOLPH S. HOM,
                                                  Assistant City Attorney
                                                  Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 8, 2009                    _____
                                            MAGISTRATE JAMES LARSON

---

McInstosh, et al. v. City of Hayward, et al.          Stipulation to Extend Deadline to Complete Mediation
Case No. C-08-05555 (JL)                        2

**PROOF OF SERVICE**

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 "B" Street, Hayward, CA 94541.

On August 25, 2009, I served the document(s) described as: **Stipulation to Extend Deadline to Complete Mediation** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope:

JOHN L. BURRIS
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621

GAYLA B. LIBET
Law Offices of Gayla B. Libet
486 41st Street, Suite 3
Oakland, CA 94609

[X]  **(BY MAIL)** I am readily familiar with this business's practice for collection and processing of correspondence for mailing, and that correspondence will be deposited with the U.S. Postal Service on the date herein above in the ordinary course of business at Hayward, California.

[ ]  **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the addressee(s) at the locations noted above.

[ ]  **(BY FACSIMILE TRANSMISSION)** I caused a true copy thereof to be transmitted by facsimile machine, which transmission was reported and complete and without error.

[ ]  **(BY FEDERAL EXPRESS)** I caused such envelope to be placed with Federal Express for overnight delivery of same.

[ ]  **(STATE)** Under the laws of the State of California.

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on August 25, 2009 at Hayward, California.

/s/_____
Randolph Hom